IN THE SUPREME COURT OF THE STATE OF NEVADA

JOSEPH HONG, AN INDIVIDUAL;
AND HONG & HONG, APLC, D/B/A
HONG & HONG LAW FIRM, AN
UNKNOWN BUSINESS ENTITY
OPERATING AS A LAW FIRM IN
NEVADA, A NEVADA PROFESSIONAL
CORPORATION,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
JESSICA K. PETERSON, DISTRICT
JUDGE,
Respondents,
and
DENISE LYNN; AND DESERT
SHELTERS, LLC,
Real Parties in Interest.

No. 84714

FILED

JUN 0 1 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DENYING PETITION*

This is an original petition for a writ of mandamus challenging a district court order denying a motion to dismiss pursuant to NRCP 16.1(e).

"A writ of mandamus is available to compel the performance of an act that the law requires . . . or to control an arbitrary or capricious exercise of discretion." *Int'l Game Tech., Inc. v. Second Judicial Dist. Court*, 124 Nev. 193, 197, 179 P.3d 556, 558 (2008); *see* NRS 34.160. This court has original jurisdiction to issue writs of mandamus, and the issuance of such extraordinary relief is within this court's sole discretion. *See* Nev. Const. art. 6, § 4; *D.R. Horton, Inc. v. Eighth Judicial Dist. Court*, 123 Nev. 468, 474-75, 168 P.3d 731, 736-37 (2007). Petitioners bear the burden to

22-17937

show that extraordinary relief is warranted. *See Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 841 (2004). As a general rule, "judicial economy and sound judicial administration militate against the utilization of mandamus petitions to review orders denying motions to dismiss and motions for summary judgment." *State ex rel. Dep't of Transp. v. Thompson*, 99 Nev. 358, 362, 662 P.2d 1338, 1340 (1983), *as modified by State v. Eighth Judicial Dist. Court (Anzalone)*, 118 Nev. 140, 147, 42 P.3d 233, 238 (2002); *Buckwalter v. Dist. Court*, 126 Nev. 200, 201, 234 P.3d 920, 921 (2010) (noting that "[n]ormally this court will not entertain a writ petition challenging the denial of a motion to dismiss"). Although the rule is not absolute, *see Int'l Game Tech.*, 122 Nev. at 142-43, 127 P.3d at 1096, petitioner has not established the district court manifestly abused its discretion. Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Parraguirre

_____, J.          _____, J.
Hardesty                                          Stiglich

cc:     Hon. Jessica K. Peterson, District Judge
        Lipson Neilson P.C.
        Accelerated Law Group
        Eighth District Court Clerk